In the Matter of Proceedings Supplementary to Execution: RESOURCE HOLDING CORPORATION, Respondent, v. SYLVIA GROPPER, Appellant. ABRAHAM

GROPPER, Petitioner, Appellant.— Order of the County Court of Kings county denying motion to vacate a third-party order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.